
FILED
OCT 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-MJ-00227 BAM |
| Plaintiff, | ) |
| v. | ) ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON HIS OWN RECOGNIZANCE PENDING HEARING |
| NANJOT MANNER, | ) ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER |
| Defendant. | ) SETTING BRIEFING SCHEDULE |

Upon application of the United States Government for stay of the order of U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's release order of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

Dated: 10/2/12

_____
Gary S. Austin
U.S. Magistrate Judge